UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                              Case No. 21-12227-SMG
                                                                                    Chapter 11
THE PALMS NL CONDOMINIUM
ASSOCIATION, INC.

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession The Palms NL Condominium Association, Inc. files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1.      Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): March 8, 2021

2.      Names, case numbers and dates of filing of related debtors: N/A

3.      Description of debtor's business: The Debtor is a Florida condominium association which is governed by Fla. Stat. § 718, *et. seq*. 3. The Debtor manages the common elements and operations of the The Palms NL Condominium, which is a residential building located in North Lauderdale, Florida. The Condominium is comprised of 30 privately owned units.

4.      Locations of debtor's operations and whether the business premises are leased or owned: The Debtor address is 700-728 SW 81st Avenue #15B, North Lauderdale, FL 33068. The premises are owned.

5.      Reasons for filing chapter 11: The Debtor has been beset for financial problems for years. The Debtor consistently failed to budget and/or collect sufficient assessment revenue to pay necessary expenses. As a result, the Condominium fell into disrepair. In 2019, the City of North Lauderdale imposed a Code Enforcement Lien on the building. That fine has continued to accrue. In addition, due to insufficient revenues and a deteriorating building, the Debtor failed to maintain insurance on the Condominium. A 2019 water intrusion into the building rendered many of the units uninhabitable which were not covered by insurance. At least three lawsuits were subsequently filed by unit owners against the Debtor seeking, among other things, compensation for lost rents and property damage. It is likely that more unit owners have similar claims. The litigation costs and damages exposure forced the Debtor to seek bankruptcy relief.

6.      List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: Alan Aronson, Haim Deletis and Shanir Kol have been board members during the last year.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: $86,805.44

8. Amounts owed to various creditors: Approx. $100,000 in general unsecured claims, not including unliquidated and unknown claims of multiple unit owners for property damage.

    a. Obligations owed to priority creditors including priority tax obligations: $0.00

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: One secured creditor in the City of North Lauderdale. They have an approximately $36,500 municipal lien on the common elements of the condominium. Value is unknown.

    c. Amount of unsecured claims: Approx. $100,000 in general unsecured claims, not including unliquidated and unknown claims of multiple unit owners for property damage and refunds of security deposits.

9. General description and approximate value of the debtor's assets: $47,812.61 in cash and receivables. Receivable amounts are book values.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: See attached policy documents.

11. Number of employees and amounts of wages owed as of petition date: None

12. Status of debtor's payroll and sales tax obligations, if applicable. N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date: (a) Application to employ counsel; (b) Application to employ CRO.

                                                  /s/ Leigh Hoffman
                                                  Leigh Hoffman, proposed Chief Restructuring Officer
                                                  for the Debtor
                                                  E-Signed with Consent

Hoffman, Larin & Agnetti, P.A.
Proposed counsel for the Debtor
909 North Miami Beach Blvd., Suite 201
North Miami, FL 33162
Tel: (305) 653-5555
Fax: (305) 940-0090
Email: mshoffman@hlalaw.com

/s/ Michael S. Hoffman
Michael S. Hoffman
Florida Bar No.: 41164

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.